MAX WIENER, Respondent, *v.* HOME TITLE INSURANCE
COMPANY OF NEW YORK, Appellant.

*Wiener* v. *Home Title Ins. Co. of N. Y.*, 153 App. Div. 895,
affirmed.

(Argued March 12, 1914; decided March 31, 1914.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the first judicial department,
entered November 12, 1912, affirming a judgment in
favor of plaintiff entered upon a verdict in an action
to recover damages alleged to have been occasioned
plaintiff's assignee through the fraud and deceit of
defendant.

*George G. Reynolds* and *Henry Joralemon Davenport* for appellant.

*John Bogart* and *Abraham P. Wilkes* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, CHASE, COLLIN, CUDDEBACK and CARDOZO, JJ. Absent: WILLARD BARTLETT, Ch. J. Not sitting: MILLER, J.